## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
## COLUMBIA DIVISION

### CIVIL ACTION NO.: 3:12-CV-00846-JFA

| | |
|---|---|
| Shon D. Cameron and Laura A. Cameron on behalf of their minor child, JBC,<br><br>          Plaintiffs,<br><br>v.<br><br>Camden Military Academy; Eric Boland, Individually and as an employee of Camden Military Academy; C.H. Armstrong, individually and as an employee of Camden Military Academy; Vertis Wilder, individually and as an employee of Camden Military Academy; Denise Miles, individually and as an employee of Camden Military Academy; and John Richard, individually and as an employee of Camden Military Academy,<br><br>          Defendants. | **CONSENT ORDER AUTHORIZING DEPOSITION OF JACQUIE SEBASTIAO** |

The parties seek to take the deposition of an out-of-state witness, Jacquie Sebastiao, who is a forensic interviewer at the Anna Crawford Children's Center, a children's advocacy center in Cherokee County, Georgia. Pursuant to Georgia law, information and records gathered by a forensic interviewer in Georgia as it relates to allegations of child abuse are declared to be confidential. *See* O.C.G.A. § 49-5-40. Those records deemed confidential may be released to the parties once a court finds that access to such records may be necessary for determination of an issue before the court after an in-camera inspection. *See* O.C.G.A. § 49-5-41(a)(2).

In this case, however, the parties have obtained the forensic records pursuant to South Carolina law, directly from South Carolina law enforcement. All documents produced and depositions taken in the course of discovery in this case are subject the Confidentiality Order

filed July 25, 2012.  As such, the parties agree, and the Court finds, that the subject forensic records may be necessary for determination of an issue before this Court, and as such the discovery deposition of Ms. Sebastiao may proceed and the parties may examine Ms. Sebastiao in said discovery deposition regarding the subject forensic records and the subject forensic interview.  A copy of this Consent Order shall be served along with the subject subpoena upon the deponent.

      IT IS SO ORDERED.

*Joseph F. Anderson, Jr*

October 25, 2012           Joseph F. Anderson, Jr.
Columbia, South Carolina      United States District Judge

**WE SO MOVE/CONSENT:**

*s/ Ronald B. Diegel*
Ronald B. Diegel, Esq. – Fed ID: 5827
Peter E. Farr, Esq. – Fed ID: 9709
E. Ray Moore, Esq. – Fed ID: 6797
Ashley Stratton, Esq. – Fed ID: 10508
4406-B Forest Drive
PO Box 6648
Columbia, South Carolina 29260
Phone: 803-454-1207

Attorneys for All Defendants

*s/ John Simmons*
John Simmons, Esq. - Fed ID: 5000
Simmons Law Firm
1711 Pickens Street
Columbia, SC 29201
Phone: 803-779-4600

Attorney for Defendants Eric Boland and Camden Military Academy

October 23, 2012

**WE SO MOVE/CONSENT:**

*s/ Marguerite S. Willis*
Marguerite S. Willis, Esq. – Fed. ID: 11293
Victoria L. Eslinger, Esq. – Fed. ID: 738
Nexsen Pruet
1230 Main Street, Suite 700 (29201)
P.O. Drawer 2426
Columbia, SC 29202
Phone: 803-771-8900/Fax:  803-253-8277

William S. Tetterton, Esq. – Fed. ID: 4048
Law Office of William S. Tetterton
608 Lafayette Ave
P.O. Box 530
Camden, SC 29020
Phone: 803-432-1496/Fax:803-432-1498

R. Keegan Federal, Jr., Esq.
Federal & Hasson, LLP
Two Ravinia, Suite 1776
Atlanta, GA 30346
Phone: 678-443-4044/Fax: 678-443-4081

(continued on next page)

James Carlos Smith, Esquire
Nexsen Pruet
227 W Trade Street
Suite 1550
Charlotte, NC 28202
Phone: 704-338-5352

Attorneys for Plaintiffs Shon D. Cameron
and Laura A. Cameron on behalf of their
minor child, JBC

October 23, 2012