IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Shon Cameron and Laura A. Cameron, on behalf of their minor child, JBC, | ) ) ) | C/A No.: 3:12-846-JFA |
| Plaintiffs, | ) ) ) | |
| vs. | ) ) | ORDER |
| Camden Military Academy; Eric Boland, individually and as an employee of Camden Military Academy; C.H. Armstrong, individually and as an employee of Camden Military Academy; Vertis Wilder, individually and as an employee of Camden Military Academy; Denise Miles, individually and as an employee of Camden Military Academy; and John Richard, individually and as an employee of Camden Military Academy, | ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

This court has scheduled a motions hearing for Friday, December 14, 2012, to hear argument on a variety of discovery motions. It has been this court's experience that discovery disputes such as this are sometimes resolved, at least in part, at or shortly before the announced hearing date.

This order is being entered to require that the parties timely advise the court of any and all issues that are resolved before the date of the hearing so that this court can focus its attention upon those matters which will be in dispute at the hearing. Any such notification should be filed with the court no later than Wednesday, December 12, 2012.

IT IS SO ORDERED.

December 6, 2012                                         Joseph F. Anderson, Jr.
Columbia, South Carolina                            United States District Judge