IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Shon D. Cameron and Laura A. Cameron, on behalf of their minor child "JBC", )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>Camden Military Academy; Eric Boland, individually and as an employee of Camden Military Academy; C.H. Armstrong, individually and as an employee of Camden Military Academy; Vertis Wilder, individually and as an employee of Camden Military Academy; Denise Miles, individually and as an employee of Camden Military Academy; John Richard, individually and as an employee of Camden Military Academy, )<br>)<br>Defendants. )<br>_____) | C/A No.: 3:12-cv-846-JFA<br><br><br>ORDER |

    This matter comes before the court on Plaintiffs' Motion to Compel. (ECF No. 43). The court resolved a number of the issues in the Motion to Compel during a hearing held January 9, 2013, and the parties may refer to the record of that hearing for those rulings. However, the court took part of the motion under advisement—specifically, the court did not issue an oral ruling on whether Defendants are required to produce information on cadets who were expelled from Camden Military Academy ("CMA") for drug infractions and whether Defendants are required to produce various corporate records for CMA. The court now issues its ruling on these two categories of discovery.

1

2

As to the information of cadets who were expelled from CMA for drug infractions, the court denies the motion to compel the Defendants to produce that information. The court also denies the motion to compel the Defendants to produce its corporate financial records.

    IT IS SO ORDERED.

January 10, 2013                                     Joseph F. Anderson, Jr.
Columbia, South Carolina                   United States District Judge