IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Jace Benjamin Cameron,<br><br>        Plaintiff,<br><br>vs.<br><br>Camden Military Academy; Eric Boland, individually and as an employee of Camden Military Academy; C.H. Armstrong, individually and as an employee of Camden Military Academy; Vertis Wilder, individually and as an employee of Camden Military Academy,<br><br>        Defendants. | C/A No. 3:12-cv-00846-JFA<br><br><br>**ORDER** |

Defendants, the prevailing parties in this case, have moved for costs pursuant to Rule 54 of the Federal Rules of Civil Procedure and Local Civil Rule 54.03. ECF No. 307. Plaintiff has opposed the motion and Defendants have replied. ECF Nos. 313–14.

On August 21, 2013, this court issued an order directing Defendants to provide additional information before the court would rule on the motion. ECF No. 315. Specifically, the court requested that Defendants resubmit the cost application, including only the depositions actually used at trial. *Id.* For witnesses whose entire deposition testimony was read, the court advised Defendants that the inclusion of the full cost of the deposition is appropriate. *Id.* For depositions from which only certain lines or certain paragraphs were used for impeachment, the court directed Defendants to pro rate the costs by comparing the pages for the lines actually used to the total of the entire deposition. *Id.*

Additionally, the court directed Defendants to delete entries on extra charges incurred for expedited transcripts, as well as for the use of a remote site for videotaping. *Id.*

This court now directs Defendants to provide this information within 21 days of the date of this order. When the court receives the submission, it will issue its order fixing the costs to be taxed against Plaintiff.

IT IS SO ORDERED.

October 2, 2013
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge