IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| Jace Benjamin Cameron, | ) | C/A No.: 3:12-846-JFA |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| Camden Military Academy; Eric Boland, individually and as an employee of Camden Military Academy; C.H. Armstrong, individually and as an employee of Camden Military Academy; Vertis Wilder, individually and as an employee of Camden Military Academy; | ) | |
| Defendants. | ) | |

The plaintiff is respectfully requested to respond to the amended itemization for costs filed by the defendants.

IT IS SO ORDERED.

October 22, 2013
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge