IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Jace Benjamin Cameron, | ) | C/A No.: 3:12-846-JFA |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | ORDER ON BILL OF COSTS |
| | ) | |
| Camden Military Academy; Eric Boland, individually and as an employee of Camden Military Academy; C.H. Armstrong, individually and as an employee of Camden Military Academy; Vertis Wilder, individually and as an employee of Camden Military Academy; | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court upon motion for costs by the defendants, the prevailing parties in the jury trial of this case, for costs. When the motion was filed initially, the court requested that it be resubmitted, eliminating certain entries that the court determined inappropriate. The revised request for costs now totals $6,114. Plaintiff continues to oppose the request for costs, suggesting that he is a college student, unable to pay any costs, and that a judgment against him would impair his future efforts to obtain credit and employment.

After fully considering the positions of the parties, and the totality of the circumstances in this challenging and hard-fought case, the court will award to the defendants, as prevailing parties, one half of the costs asserted. Accordingly, the Clerk shall enter judgment in favor of the defendants, against the plaintiff, costs in the amount of Three Thousand Fifty-Seven ($3,057.00) Dollars.

IT IS SO ORDERED.

November 18, 2013                           Joseph F. Anderson, Jr.
Columbia, South Carolina                  United States District Judge